D. Victoria Baranetsky SBN #311892
THE CENTER FOR INVESTIGATIVE REPORTING
1400 65th St., Suite 200
Emeryville, CA 94608
Telephone: (510) 809-3160
Fax: (510) 849-6141
vbaranetsky@revealnews.org

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CENTER FOR INVESTIGATIVE REPORTING and SHOSHANA WALTER,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>UNITED STATES DEPARTMENT OF LABOR,<br><br>　　　　　　Defendant. | CASE NO. _____<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY THE CENTER FOR INVESTIGATIVE REPORTING** |

Pursuant to Civil Local Rule 3-16, the undersigned certifies that since the date of the filed complaint, other than the named parties, there is no such interest to report.

DATED: November 11, 2019　　　　By: _s/D. Victoria Baranetsky_

　　　　　　　　　　　　　　　　　D. Victoria Baranetsky SBN #311892
　　　　　　　　　　　　　　　　　THE CENTER FOR INVESTIGATIVE REPORTING
　　　　　　　　　　　　　　　　　1400 65th St., Suite 200
　　　　　　　　　　　　　　　　　Emeryville, CA 94608
　　　　　　　　　　　　　　　　　Telephone: (510) 809-3160
　　　　　　　　　　　　　　　　　Fax: (510) 849-6141
　　　　　　　　　　　　　　　　　vbaranetsky@revealnews.org

　　　　　　　　　　　　　　　　　Attorney for Plaintiffs