1  D. Victoria Baranetsky (SBN #311892)
   THE CENTER FOR INVESTIGATIVE REPORTING
2  AND SHOSHANA WALTER
   1400 65th St., Suite 200
3  Emeryville, CA 94608
   Telephone: (510) 809-3160
4  Fax: (510) 849-6141
   vbaranetsky@revealnews.org
5
   Attorney for Plaintiffs
6
   DAVID L. ANDERSON (CABN 149604)
7  United States Attorney
   SARA WINSLOW (DCBN 457643)
8  Chief, Civil Division
   EMMET P. ONG (NYBN 4581369)
9  Assistant United States Attorney
10
         450 Golden Gate Avenue, Box 36055
11       San Francisco, California 94102
         Telephone: (415) 436-7220
12       Facsimile:  (415) 436-6748
         E-mail: emmet.ong@usdoj.gov
13
14 Attorneys for Defendant

15                    UNITED STATES DISTRICT COURT

16                   NORTHERN DISTRICT OF CALIFORNIA

17                          SAN FRANCISCO DIVISION

18
   THE CENTER FOR INVESTIGATIVE           )   Case No. 3:19-CV-07417-LB
19 REPORTING and SHOSHANA WALTER          )
                                          )
20           Plaintiffs,                  )
                                          )   **JOINT STIPULATION TO DISMISS**
21                                        )   **WITH PREJUDICE;**
                                          )   [~~PROPOSED~~] **ORDER**
22                                        )
         v.                               )
23                                        )
   U.S. DEPARTMENT OF LABOR               )
24                                        )
             Defendant.                   )
25 _____)

26       Subject to this Court's approval, the parties to this action through their undersigned counsel

27

28 JT. STIPULATION TO DISMISS WITH PREJUDICE; [PROPOSED] ORDER
   Case No. 3:19-CV-07417-LB
                                              1

1 stipulate and request to dismiss this action.  The basis for this request is set forth below:

2     WHEREAS, Plaintiffs brought this action under the Freedom of Information Act ("FOIA"), 5

3 U.S.C. § 552 seeking records from Defendant, the Wage and Hour Division ("WHD") of the

4 Department of Labor involving Synanon from 1960 through 1989.

5     WHEREAS, on September 10, 2019, Defendant notified Plaintiffs that its June 24, 2019

6 "Glomar" response to the request was improper and that the request was being remanded to WHD for

7 further evaluation.

8     WHEREAS, on January 6, 2020, Defendant provided a supplemental response to the request

9 stating that, after searching for responsive information, Defendant did not find any responsive case files.

10 The supplemental response also described Defendant's search efforts.

11     WHEREAS, after the above information has been provided to Plaintiffs, the case may be

12 dismissed.

13     THEREFORE, the parties, by and through their counsels of records, hereby stipulate, pursuant to

14 Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to the dismissal, with prejudice, of any and

15 all claims against Defendant in the above-captioned matter, with each party to bear their own attorneys'

16 fees and costs incurred in this action.

17 IT IS SO STIPULATED.

18                                             DAVID L. ANDERSON
                                            United States Attorney

19

20 Dated:  January 8, 2020                    By: /s/ *Emmet P. Ong*
                                              EMMET P. ONG

21                                             Assistant United States Attorney

22

23

24 Dated: January 8, 2020                     By: /s/ *D. Victoria Baranetsky*
                                              D. VICTORIA BARANETSKY

25                                             The Center for Investigative Reporting
                                            Attorney for Plaintiffs

26

27 *\*In compliance with Civil Local Rule 5-1(i), the filer of this document attests that all signatories listed have concurred in the filing of this document.*

28 JT. STIPULATION TO DISMISS WITH PREJUDICE; [PROPOSED] ORDER
Case No. 3:19-CV-07417-LB

1
2                              **[~~PROPOSED~~] ORDER**
3  IT IS SO ORDERED THAT THE STIPULATION IS APPROVED:
4          Having read and considered the foregoing stipulation, the Court hereby orders the dismissal, with
5  prejudice, of any and all of Plaintiffs' claims against Defendant Department of Labor. Each party will
6  bear their own attorneys' fees and costs incurred in this action.
7
8  IT IS SO ORDERED.
9  DATED: January 8, 2020                    _____
                                              LAUREL BEELER
10                                            United States Magistrate Judge
11
12
...
28 JT. STIPULATION TO DISMISS WITH PREJUDICE; [PROPOSED] ORDER
   Case No. 3:19-CV-07417-LB
                                              3